IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| DANNY WILBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-cv-951 |
| | ) | |
| CITY OF MILWAUKEE, Special | ) | |
| Representative for THOMAS CASPER, | ) | |
| deceased, GREGORY SCHULER, | ) | |
| RANDOLPH OLSON, LOUIS JOHNSON, | ) | |
| TIMOTHY DUFFY, JOSEPH ERWIN, | ) | |
| RUBEN BURGOS, MICHAEL | ) | |
| CABALLERO, and KENT CORBETT, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO CIVIL L.R. 7.1 AND FED. R. CIV. P. 7.1**

The undersigned, counsel of record for Plaintiff Rafael Rosales submits the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1.

(a)(1) – The attorneys listed below represent the following parties: Plaintiff Danny Wilber.

(a)(2) – Plaintiff Danny Wilber is not a corporation.

(a)(3) – The names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court:

>PEOPLE'S LAW OFFICE
>1180 N. Milwaukee Ave.
>Chicago, IL  60642
>Phone: (773) 235-0070

Dated: July 17, 2023                Respectfully submitted,


                                    /s/ Ben H. Elson
                                    Ben H. Elson, IL Bar No. 6286106
                                    G. Flint Taylor, IL Bar No. 2802058
                                    PEOPLE'S LAW OFFICE
                                    1180 N. Milwaukee Avenue
                                    Chicago, Illinois 60642
                                    Phone: (773) 235-0070
                                    Fax: (773) 235-6699