UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DANNY WILBER,

    Plaintiff,

v.     Case No. 23-C-00951

CITY OF MILWAUKEE, et al.

    Defendants.

---

## NOTICE OF WITHDRAWAL OF ATTORNEY JENNIFER WILLIAMS

PLEASE TAKE NOTICE that Assistant City Attorney Clint B. Muche, hereby moves the Court to accept the withdrawal of Attorney Jennifer L. Williams as counsel for the defendants, due to her resignation from city service, and to remove her name from the court's efiling distribution list.

Dated and signed at Milwaukee, Wisconsin this 4th day of December, 2024.

    EVAN C. GOYKE
    City Attorney

    s/Clint B. Muche
    CLINT B. MUCHE
    State Bar No. 1131629
    Deputy City Attorney
    *Attorneys for the Defendants*

ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Tel: (414) 286-2601
Email: cmuche@milwaukee.gov

1032-2023-1229/295239