UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANNY WILBER, | ) |
| Plaintiff, | ) Case No. 23-cv-951 |
| v. | ) Hon. Judge J.P. Stadtmueller |
| CITY OF MILWAUKEE, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR A SHORT EXTENSION
OF THE TRIAL DATE AND PRETRIAL DEADLINES**

1. The above-captioned Defendants, through their counsel Nathan & Kamionski LLP, respectfully move for a 30-day extension of all scheduled pretrial dates and the February 3, 2025, trial date, or any lesser extension if the Court is unwilling to grant a 30-day extension.

2. This motion is brought pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and the Court's inherent discretion to grant continuances. *See Ruark v. Union Pacific R.R. Co.*, 916 F.3d 619, 631 (7th Cir. 2019) (trial courts have wide discretion to grant continuances).

3. In support of their motion, Defendants submit their Local Rule 7(a)(1) memorandum and its accompanying declarations.

Dated January 6, 2025       Respectfully submitted,

By:   *s/ Brian Wilson*
BRIAN WILSON (Atty No. 6294099)
Nathan & Kamionski LLP
206 S Jefferson St.
Chicago, IL 60661
(312) 612-1955
bwilson@nklawllp.com
*Attorney for Defendants*