# EXHIBIT B

Case 2:23-cv-00951-JPS    Filed 01/17/25    Page 1 of 24    Document 102-2

## *Curriculum Vitae*

**Timothy M. Palmbach**
39 Moody Lane, Danbury, CT USA
tpalmbach@aol.com
(cell) 860-841-7068


Professor Emeritus
Forensic Science Department
Oskar Schindler Humanities Foundation-
Endowed Professor
Center for Forensic Investigation of Trafficking in Persons-
Executive Director
University of New Haven
300 Boston Post Road
West Haven, CT 06516
tpalmbach@newhaven.edu


International Disaster Assistance Response Team
Projects
Part-Time Employee
Samaritan's Purse
Boone, NC
April, 2022 - Present


| | |
|---|---|
| **EDUCATION:** | Juris Doctor - May 1998 |
| | University of Connecticut School of Law |
| | Hartford, CT |
| | |
| | M.S. Forensic Science – 1985 |
| | Criminalistics Concentration |
| | University of New Haven |
| | New Haven, CT |
| | |
| | B.S. Chemistry – 1982 |
| | University of New Haven |
| | New Haven, CT |
| | |
| | B.S. Forensic Science- 1982 |
| | University of New Haven |
| | New Haven, CT |

CV as of Feb. 2023

Case 2:23-cv-00951-JPS   Filed 01/17/25   Page 2 of 24   Document 102-2

**PROFESSIONAL EMPLOYMENT:**

**Academic:**
**Professor & Chair**
**Forensic Science Department**
Sept. 2004- Aug. 2022
University of New Haven
West Haven, CT 06516

- Responsible for both Undergraduate and Graduate level programs in Forensic Science; including faculty supervision, academic program and curriculum development, general department administration
- Academic Advisor for both Undergraduate and Graduate students
- Courses of Instruction (Undergraduate and Graduate):
  - Advanced Crime Scene and Pattern Analysis
  - Crime Scene Analysis
  - Crime Scene Reconstruction
  - Physical Analysis and Lab
  - Forensic Seminar
  - (Honors) Criminal Inv. And Society
  - Oskar Schindler Service Learning Course
- Previous Academic Appointments (All within Forensic Science Program at UNH):
  - Practitioner-in-Residence (Aug. '00 – Sept. '04)
  - Adjunct Instructor ('84-85, '92-00)

- Previous Academic Appointment at Central CT State University
  - Adjunct Instructor for Dept. of Criminology – Physical Evidence

**Center for Forensic Investigation of Trafficking in Persons**
Executive Director
  - Provide training and direct assistance to government and non-government organizations
  - Evaluate new and emerging technologies
  - Engage in research and publications
  - Integrate issues of TIP, border security, counter terrorism

**International Doctorate Program**
Partnership Universities: University of Verona (Italy) and University of New Haven

CV as of Feb. 2023

Conferring title of Doctor of Philosophy in Forensic Sciences
PhD Teaching staff Committee member and Supervisor of
International Doctorate program at University of New Haven

**Professional:**

**Director & Commanding Officer (Major)**
June '00 – Sept. '04
Division of Scientific Services
Department of Public Safety – State of Connecticut
278 Colony Street
Meriden, CT 06451

- Division Head: Oversee affairs of the Division which encompasses;
  - Forensic Science Laboratory
  - Controlled Substances & Toxicology Laboratory
  - Computer Crime & Electronic Evidence Unit
- Supervised Laboratory Crime Scene Reconstruction Unit
- Actively involved in crime scene analysis and crime scene reconstruction

**Department of Public Safety**
State of Connecticut
Nov. '82 – Sept. '04
Assignments:
- 2000-2004    Director & Commanding Officer for Division of Scientific Services
- 1998-2000    Chief of Staff for Department of Public Safety
- 1997-1998    Assistant Director, Forensic Science Laboratory
- 1986-1997    Major Crime Unit
- 1982-1984    Trooper and Resident Trooper

**Henry C. Lee Institute of Forensic Science at UNH**
**Executive Director**
1998-present
- Fellow
- Instructor:
  - Shooting Incident Reconstruction
  - Blood Stain Analysis
  - Principles of Reconstruction
  - Crime Scene Procedures
  - Cold Case Investigations
  - Death Investigation
  - New Technologies in Forensic Science
  - Expert Testimony
  - Advances in DNA Technology for Attorneys

CV as of Feb. 2023

**Forensic Research & Training Center**
Meriden, CT
Member, Forensic Consultant and Expert Witness
Dr. Henry C. Lee- President
- Forensic Expert Consultation
- Crime Scene Analysis and Reconstruction
- Examination of Physical Evidence
- Court Testimony
- Research and publication

**Private Consultant/Expert Witness:** Crime Scene and Shooting Incident Reconstruction, Crime Scene Reconstruction, Blood Stain Analysis

**CERTIFICATIONS &
PROF. AFFILIATIONS:**

**American Academy of Forensic Scientists**
Fellow- General Section
**International Association for Identification**
Member
**International Association of Blood Spatter Analysts**
Member
**Professional Certifications:**
Member (Retired) - Connecticut Bar Association
Member - CT United Stated District Court Bar Association

**SPECIALIZED
TRAINING:** **Immigration Law Training Course**
. Immigration Legal Resource Center, 40 hours
**Administration and Use of the ANDE Rapid DNA Identification System**
**Aware Biometric ABIS System Training**

**FORENSIC INVESTIGATIVE
TEAMS / BOARDS:**

**Massachusetts Forensic Science Oversight Board**
Appointed Member – 2019-present

**CT Department of Children and Family Services – Human Anti Trafficking Response Team (HART)** – Member 2016-2019

CV as of Feb. 2023

**American Academy of Forensic Science**
**Academy Standards Board –** Member, 2016 - 2017

**Governor's Task Force on Justice for Abused Children: DMST and MDT Committees,** 2015-present
Chair of Training Sub-committee

**CT Department of Children and Families/New Haven Police Department/ University of New Haven Human Trafficking Capacity Building Partnership,** 2015-16

**Trafficking in Persons Assessment and Investigative Team: Physical Evidence – DNA Collection Team Member**
Conducted in Costa Rica, August 2013
In conjunction with Global Sentry Group (NGO)
Follow-up meetings December 2015 and June 2016

**Trafficking in Persons Assessment and Investigative Team: Physical Evidence – DNA Collection Team Member**
Conducted in Nepal, September 2013
In conjunction with Global Sentry Group, and Tiny Hands International - Nepal (NGO's)

**State of Connecticut Crime Lab Working Group**
Gubernatorial appointment to study issues and concerns regarding Division of Scientific Services Laboratories
2111 -12

**Forensic Science Education Programs Accreditation Commission**
2008-2014 Appointed as Academic Commissioner
Feb. 2012 – 2014 Chair of Commission

**Investigation into the Execution of Hannah Ocuish, 1786 Mashantucket Pequot Tribe member**
2008

**"Great Inca Rebellion", National Geographic Inquiry into Perhaps Oldest Documented Gunshot Wound in the Americas**
Lima, Peru
2006-07

CV as of Feb. 2023

**Investigation into March 19, 2004 shooting incident involving Taiwan President Chen and Vice President Lu**
2004
Team Members: Dr. Henry Lee, Dr. Cyril Wecht, Mr. Michael Haag

**Connecticut Advisory Commission on Wrongful Conviction**
Appointed to Commission in March 2004 - 2008

**Fatality Review Board for Persons with Disabilities:**
2002- 2008,
2011- present
State of Connecticut – Governor's Appointment

**Child Fatality Review Panel:**
1998- 2000
State of Connecticut- DPS Commissioner's Designee

**Identifying Burial Site of Princess Pocahontas:**
1999
Team Members: Dr. Henry Lee, Dr. Michael Baden, Dr. Peter Dean, Dr. Bill Bass, Attorney Linda Kenney, Major Tim Palmbach, Esq.

**Investigation into Death of Douglas Scott – Australian Aboriginal Prisoner:**
2000
Team Members: Dr. Henry Lee, Dr. Michael Baden, Dr, Cyril Wecht, Dr. Peter Dean, Attorney Linda Kenney, Major Tim Palmbach, Esq.

**The Scientific Quest for the Boston Strangler – Who Killed Mary A. Sullivan – 2000 & Exhumation of Richard Delsalvo - 2001**
Team Members: Professor James Starrs, Dr. Michael Baden, Dr. Todd Fenton, Dr. George Stephens, Dr. John McDowell, Dr. Bruce Goldberger, Dr. David Benjamin, Dr. Walter Rowe, Dr. David Foran, Attorney Elaine Whitfield Sharp, Major Tim Palmbach, Esq.

**COURTROOM TESTIMONY:**
Testified in State and/or Federal courts in Connecticut, Illinois, North Carolina, Kentucky, Pennsylvania, Massachusetts, New Jersey, New York, California
Criminal and Civil Cases
Qualified as an Expert Witness in:
- Crime Scene Processing & Procedures

CV as of Feb. 2023

- Shooting Incident Reconstruction
- Blood Spatter Pattern Interpretation
- Digital Enhancement of Forensic Photographs

## PUBLICATIONS:

T. Palmbach, C. Glynn, "Best Practice Guidance for Advancing Research Initiatives and Combatting the Human Trafficking Epidemic", National Institute of Justice Forensic Technology Center of Excellence publication, submitted September 29, 2018.

R.A. Konrad, A.C. Trapp, T.M. Palmbach, J.S. Blom, "Overcoming Human Trafficking via Operations Research and Analytics: Opportunities for Methods, Models, and Applications", European Journal of Operational Research (2016), http://dx.doi.org/10.1016/j.ejor.2016.10.049.

Palmbach, T. "Mia's Story: How DNA Analysis Could Have Changed Her Life." Available from http://www.promega.com/resource/profiles-in-dna/2014/mias-story-how-dna-analysis-could-have-changed-her-life/

Davison, H., Palmbach,T. "An Experimental Study to Quantify Error Rates Resulting from Measurement Deviation in Area of Origin Reconstructions of Blunt Force Impact Patterns," J. Forensic Re Crime Stud 1:1-12 (2014)

Lee, H., Palmbach, T., Andelinovic, S., Primorac, D.
"Collection and Preservation of Physical Evidence",
Forensic DNA Applications – An Interdisciplinary Perspective, edited by D. Primorac and M. Schanfield, CRC Press, January 28, 2014.

Palmbach, T., Blom, J., Hoynes, E., Primorac, D., Gaboury, M., "Utilizing DNA Analysis to Combat the World Wide Plague of Present Day Slavery – Trafficking in Persons," Croat Med J., 2013: 54:dol.10.3325/cmj.2013.54.

Palmbach, T., "Crime Scene Investigation and Examination, Collection and Chain of Evidence," Encyclopedia of Forensic Science, Edited by Siegel & Saukko, Academic Press, 2013.

J.Pascali, F. Bortolotti, D. Sorio, M. Ivanova, T. Palmbach, F. Tagliaro. "Improved Capillary Electrophoresis Determination of Carbohydrate-Deficient Transferrin Including on-line Immunosubtraction", Medicine, Science and the Law 2011: 00: 1-6.

Rubino, F. Bortolotti, D. Sorio, A. Bertaso, T. Palmbach, F. Tagliaro.

CV as of Feb. 2023

"Stability and Reproducibility Studies for Carbohydrate Deficient Transferrin Analysis Using Capillary Electrophoresis", Submitted to Forensic Science International, Elsevier Publishing, 2011.

Palmbach, T.
"Education and Accreditation in Forensic Science", Encyclopedia of Forensic Sciences 2nd Edition, edited by J. Siegel and M. Houck, Elsevier Publishing, submitted 2011.

Palmbach, T.
*CSI-Generation Juries* in Investigating CSI: An Unauthorized Look Inside the Crime Labs of Las Vegas, Miami and New York, edited by Don Cortez, Benbella Books, 2006.

Lee, H., Palmbach, T.
*Crime Scene Management* in Forensic Science an Law: Investigative Applications in Criminal, Civil, and Family Justice, edited by Cyril H. Wecht, John T. Rago, Taylor & Francis, 2006.

Palmbach, T.
*Crime Scene Investigation and Examination, Collection and Chain of Evidence* in Encyclopedia of Forensic and Legal Medicine, edited by Jason-Payne James, Carol Henderson, Tracey Corey, and Roger Byrd, Oxford, Elsevier, 2005.

H. Miller Coyle, C.-L. Lee, W.-Y. Lin, H. C. Lee and T. M. Palmbach. *Forensic botany:using plant evidence to aid in forensic death investigation* Croatian Medical Journal 46(4): 606-612, 2005

Palmbach, T.
*Legal Considerations for Acceptance of New Forensic Methods in Court* in Forensic Botany: Principles and Applications to Criminal Casework, edited by Heather Miller Coyle, Florida, CRC Press, 2004.

Lee, H., Palmbach, T., Buturla, J.
*Scene Investigation: The Role of Law Enforcement and Forensic Scientists* in Forensic Aspects of Chemical and Biological Terrorism, edited by Cyril H. Wecht Arizona, Lawyers & Judges Publishing, 2004.

Karazulas, C., Palmbach, T., Lee, H.
*Digital Enhancement of Sub-Quality Bite mark Photographs* J Forensic Science 2001; 46(4):954-958.

CV as of Feb. 2023

Lee, H., Palmbach, T., Miller, M.
*Henry Lee's Crime Scene Handbook*
New York, Academic Press, 2001.

**EDITORIAL BOARDS:**

Journal of Advanced Forensic Sciences (JAFS)
Open Access Pub 2016

Journal of Human Trafficking
New to Routledge in 2015

Journal of Forensic Research and Criminal Studies (JFRCS)
JScholar

Investigative Sciences Journal (JIS)

**FUNDED RESEARCH PROJECTS & GRANTS:**

"OVC FY 2019 Direct Services to Support Victims of Human Trafficking"
OVC-2019-15590, CFDA#16.320
March 2020-September 2022
Sub Grantee Co-PI- This is an evaluation subcontract to the CT Institute for Refugees and Immigrants. This is their third grant of this type and they will be addressing issues of direct services to support victims of human trafficking of all types.

Contract: "Awareness is Prevention's Internet Protection Organization for Children (IPOC) Initiative"
September 1, 2020 – June 1. 2022
Subject Matter expert on domestic online sexual exploitation through OnlyFans platform.

"Contract Between The United Nations and University of New Haven for the Provision of Training Services to Djiboutian Law Enforcement Entities"
Contract No. PD/C0111/19
July 2019-June 2022
PI
$1.8 million USD contract

"Best Practice Guidance for Advancing Research Initiatives and Combatting the Human Trafficking Epidemic"

CV as of Feb. 2023

NIJ-FTCoE grant, Contract No. 3-321-0215513-52951L, 06/15/2017-09/30/2018. CO-PI

"Advanced Uses of Ultralite ALS System for Forensic Applications"
Grant received from CAO Group Inc., Sandy Utah.
2006 – 2008
Projector Director

"The Henry C. Lee Institute of Forensic Science Evidence Response Training Center"
NIJ grant 2009-DI-BX-KJ031 awarded 2009
Key Project Member

**PROFESSIONAL PRESENTATIONS:**

- August 2021
  Webinar with National Center for Missing and Exploited Children
  Emerging Trends in Human Trafficking and Child Sexual Abuse Material

- June 2021
  Webinar with National Center on Sexual Exploitation
  A Detective Looking into Only Fans: Showing Evidence of Trafficking

- May 2021
  United Nations Office on Drugs and Crime – Sri Lanka
  Virtual Training: Workshop on Legal Foundation, Counter Terrorism, and Special Investigative Techniques in Terrorism Related Cases

- December 2020
  United Nations Office on Drugs and Crime – Uzbekistan
  Virtual Training: Workshop on Strengthening the Use of Advanced Investigative Techniques, Cross-border Investigations, Crime Scene Management, and Counter Terrorism

- November 2018
  RTI Forensic Science Center of Excellence
  Webinar Speaker – Best Practices and Research Needs for Forensic Investigation of Trafficking in Persons"

- November 2018

CV as of Feb. 2023

North Carolina Defense Attorney Association
Lessons Learned from The Staircase – Michael Peterson Case

- March 2018
  United Nations Office on Drugs and Crime – Dhaka Bangladesh
  Mock Criminal Investigation and Trial Exercises

- March 2018
  United Nations Office on Drugs and Crime – Dhaka Bangladesh
  I-24/7 Training Session

- June 2017
  ISABS 10th Conference – Dubrovnik, Croatia
  Use of DNA for Border Security, Counterterrorism, and Human Rights

- August 2017
  Rapid DNA Technology Forum, D.C.
  The Value of Rapid DNA to Aid Investigations in Anti-Human Trafficking, Border Security and Counter Terrorism

- May 2017
  Human Identity Solutions Conference – Vienna
  "Use of Biometrics to Address Border Security, Refugees, Human Trafficking"

- January 2017
  United Nations Office on Drugs and Crime – Amman, Jordan
  Crime Scene Management in Cases of Terrorism Related Offences, Including the Use of Internet for Terrorist Purposes, Cyber Offenses and Digital Evidence

- March 2017
  United Nations Office on Drugs and Crime – Amman, Jordan
  Strengthening Cross-border Cooperation Against terrorism, its Financing and Other Serious Crimes, Including Trafficking and Smuggling

- November 2016
  2nd Polish Conference of Forensic Biology – Warsaw
  Genetic Fingerprint of a Crime Perpetrator
  "Advances in Rapid DNA Analysis and it's use for human rights, immigration and border control"

- November 2016

CV as of Feb. 2023

Police National Police – Zamosc, Poland
"Use of New Forensic Technologies During Crime Scene
Investigations"

- October 2016
United Nations Office on Drugs and Crime – Amman, Jordan
Transport-related Terrorism Offences, Including Targeting
Tourism and Touristic Sites
"Forensic Science and Biometrics"

- May 2016
National Association of Criminal Defense Lawyers Meeting
Los Vegas, NV
"Bloodstain Evidence"

- April 2016
Penn State Harrisburg Commission for Women Conference
"Use of DNA and Forensic Science to Aid in Human Trafficking
Investigations"

- March 2016
National Missing Persons Conference – CUE
Wilmington, NC
"Using Forensics and Biometrics in Missing Person Cases

- December 2015
Judicial Police (OIJ) Training Seminar, San Jose, CR
Using Analytics to Assist in Human Trafficking Investigations

- November 2015
Together Lets Stop Traffick – Great Summit, CA
Utilizing Biometrics in Human Trafficking Case Work

- November 2015
Grace Farms Justice Initiative, CT
Law Enforcement Strategies Workshop – Analytics

- August 2015
International Police Executive Symposium, Thailand
Use of DNA to Combat Human Trafficking

- March 2015
Cedar Crest College – Annual Forensic Science Symposium
Using Rapid DNA to Combat Trafficking in Persons

- October 2014

CV as of Feb. 2023

International Symposium on Human Identification
Fighting Trafficking in Persons with the Aid of DNA Technologies

- September 2014
  Global Identity Summit
  Rapid DNA Panel – Using Rapid DNA for TIP Investigations

- July 2014
  Poland National Police Headquarters
  "Using DNA Analysis to Assist With Investigation of Human Trafficking Cases"

- May 2014
  Bode-East: Annual DNA Technical Workshop
  "Human Trafficking: A Global Problem"

- April 2014
  Bode-West: Annual DNA Technical Workshop
  "Human Trafficking: A Global Problem"

- February 2014
  American Academy of Forensic Sciences
  Annual Meeting – Plenary Session
  "Forensic Science Education and Mentorship: Our Path Forward"

- February 2014
  Life Technologies
  "Utilizing DNA to Combat Human Trafficking"

- October 2013
  International Symposium on Human Identification; Global Alliance for Rapid DNA Analysis Workshop
  "Using Raid DNA in TIP Investigations"

- September 2013
  Presentation to Attorney General Training Session, Nepal
  Utilization of Forensic Science and DNA in Human Trafficking Investigations"

- June 2013
  International Society for Applied Biological Sciences: 8th ISABS Conference
  "Leveraging the Power of DNA Analysis in the War on Human Trafficking"

- April 2013

CV as of Feb. 2023

University of Verona, Department of Public Health and Community Medicine
"Combating Human Trafficking with Science and Medicine"

- June 2011
International Society for Applied Biological Sciences: 7th ISABS Conference
"A Retrospective Analysis of Cold Case Investigations"

- April 2010
Arnold Markle Annual Symposium
"Scientific Aspects of Shooting Incident Reconstruction"

- June 2009
NJSP Adv. Homicide Investigation Conference
Princeton University, NJ
"Reconstruction of Shooting Incidents"

- May 2009
Forensic Science Training for Capital Litigators
Sponsored by BJA and NCSTL, Tampa, FL
"Pattern Evidence: Fingerprints, Shoe Prints, Bitemarks, and Fracture Matches"

- May 2009
Forensic Science Training for Capital Litigators
Sponsored by BJA and NCSTL, Tampa, FL
"Crime Scene Overview: Collection, Packaging, Blood Stain, and Reconstruction"

- February 2009
AAFS Annual Meeting
Denver, CO
Lectured at Student Academy

- November 2008
NEAFS Annual Meeting, White Plains, NY
Workshop: "Overview of Chemical Enhancement and Alternate Light Source Methods"

- November 2008
NEAFS Annual Meeting, White Plains, NY
Educator's Forum: "Teaching Reconstruction"

- March 2008
Arnold Markle Symposium

CV as of Feb. 2023

"Researching the Case of Little Hannah"

- February 2008
  AAFS Annual Meeting, Washington D.C.
  Lecture to Student Academy

- February 2008
  The Innocence Project – Cordozza School of Law
  New York, NY
  "Understanding the Value of Blood and Blood Stain Evidence in Case Reviews"

- January 2008
  Yale University, Department of Anthropology
  "History and Forensic Science Collide, and a Shot Perhaps One of the First, is Heard Throughout the Americas"

- January 2008
  George Mason University, Virginia
  "Shooting Scene Reconstruction Methods"

- November 2007
  Northeastern Assoc. of Forensic Scientists
  Annual Meeting, Saratoga, NY
  Panel Member: Daubert Criteria – Crime Scene Reconstruction

- June 2007
  Annual NJSP Adv. Homicide Investigation Conference
  Princeton University, NJ
  "Scientific Methods Associated with Bloodstain Analysis"

- May 2007
  University of Verona, Dept. of Medicine & Public Health
  Verona, Italy
  "Crime Scene Reconstruction"

- Feb. 2007
  AAFS Annual Meeting
  San Antonio, TX
  "The Role of the Forensic Scientist in Controversial Politically Charged Death Investigations Internationally"

- Jan. 2007

CV as of Feb. 2023

NYC Bar Association- Criminal Defense Attorneys Conference
New York, NY
"Issues Related to Crime Scene Reconstruction"

- Jan 2007
  Federal Prosecutors Meeting
  New Orleans, LA
  "Scientific Issues Associated with Blood Stain Analysis"

- June 2005
  Annual NJSP Adv. Homicide Investigation Conference
  Princeton University, NJ
  "Blood Stain Pattern Analysis"

- Feb. 2005
  AAFS Annual Meeting
  New Orleans, LA
  "Chair – Workshop #18: "Shooting Reconstruction"

- Feb. 2005
  National Assoc. of Criminal Defense Lawyers
  New Orleans, LA
  "Attacking Blood Patterns and Crime Scene Analysis"

- Nov. 2004
  Armed Forces Institute of Pathology
  Rockville, MD
  "Scene Investigation"

- March 2004
  Arnold Markle Annual Symposium
  Ledyard, CT
  "Using Forensic Science to Solve Cold Cases"

- Jan. 2004
  FBI National Academy Assoc. – N.E. Chapter
  Burlington, VT
  "Role of Forensic Science in Investigations"

- Nov. 2003
  Northeast Assoc. of Forensic Scientists
  Pittsfield, MA
  "Drafting a Shooting Reconstruction Report"

- Sept. 2003
  New Jersey State Prosecutors Association

CV as of Feb. 2023

Atlantic City, NJ
"New Technologies in Forensic Science"

- Sept. 2003
  3rd Annual European-American School in Forensic Genetics
  Zagreb, Croatia
  "Organizing and Managing a Government DNA Laboratory"

- Aug. 2003
  Sheriff Harry Lee's Homicide Investigation Seminar
  Metairie, LA
  "New Technologies in Forensic Science"

- Aug. 2003
  Pfizer Corp. Educators Training Workshop
  Meriden, CT
  "Crime Scene Procedures"

- June 2003
  Annual NJSP Adv. Homicide Investigation Conference
  Princeton University, NJ
  "Blood Stain Pattern Analysis"

- June 2003
  Bergen County Prosecutors – HCL Institute Workshop
  Bergen, NJ
  "Bloodstain Analysis Basic School"

- June 2003
  Connecticut Bar association Meeting
  New Haven, CT
  "Computer Crime Units"

- June 2003
  Southeast Law Enforcement Annual Conference
  Lawrenceburg, TN
  "Bloodstain Analysis Workshop"

- March 2003
  Pfizer Corp. Educators Conference
  Groton, CT
  "Crime Scene Applications for Educators"

- June 2002

CV as of Feb. 2023

9th Annual NJSP Adv. Homicide Investigation Conference
Princeton University, NJ
"Blood Stain Pattern Analysis"

- June 2002
  Southeast Law Enforcement Training Seminar
  Lawrenceburg, TN
  "Reconstruction of Shooting Incidents"

- February 2002
  American Academy of Forensic Sciences
  "Suspect in the Deaths of Eighteen Prostitutes Convicted of
  Murder Using Lucis Digital Enhancement Software and Adobe
  Photoshop Software"

- February 2002
  American Academy of Forensic Sciences
  Multidisciplinary Symposium "Social and Legal Issues Associated
  with Police Involved Shooting Incidents through Forensic
  Investigation & Shooting Scene Reconstruction"

- January 2002
  Lectures provided to Ministry of Interior – Republic of Croatia and
  Croatian National Police Academy
  "Advances in Forensic Science and Crime Scene Reconstruction"

- November 2001
  New England Division of IAI
  "Shooting Reconstruction"

- October 2001
  Criminal Justice Educators Association of New York State
  Keynote Speaker – "Advances in Forensic Science"

- August 2001
  Jefferson Parish Sheriff's Office, Louisiana
  "Investigation and Reconstruction of Police Involved Shooting
  Incidents"

- May 2001
  Rhode Island State Prosecutors & Newport Police Conference
  Held at Salva Regina University
  "Advances in Forensic Science"

- March 2001
  People's Republic of China – Beijing and Shanghai

CV as of Feb. 2023

Lectures to Law Enforcement Officials and Training Officers
"New Technologies in Forensic Science; Shooting Incident Reconstruction"

- October 2000
  American Criminal Justice Association – LAE Region IV Conference
  "Forensic Science – Today and Tomorrow"

- September 2000
  Public Security Ministry Conference
  Chengdu, People's Republic of China
  "Explosive Scene Investigation & Reconstruction"

- June 2000
  Harvard Associates in Police Science, Atlantic City, NJ
  "Reconstruction of Officer Involves Shooting Scenes"

- June 2000
  Connecticut Bar Association Annual Meeting, New Haven, CT
  "DNA – Its Development, Use and Impact on the Criminal Justice System"

- May 2000
  FRENZY- Forensic Sciences & Crime Scene Technology, D.C.
  "Tele-forensics: The Remote Incident Response Breakthrough"

- Jan. 2000
  American Academy of Forensic Science 52nd Annual Meeting, NV
  "New Technologies in the 21st Century – Forensic Laboratories"

- April '99
  Tri-State IAI Annual Meeting, Mystic, CT
  "Computer Enhancement of Bitemark Photographs"

- March '99
  1999 Arnold Markle Symposium, New Haven, CT
  "Computer Enhancement of Bitemark Photographs"

- Jan. '99
  Singapore Institute of Forensic Science and Medicine
  "Crime Scene Management and Reconstruction"

- March '98
  POST Training

CV as of Feb. 2023

Meriden, CT
"Advanced Homicide Investigation"

CV as of Feb. 2023

**Testimony List for:**

**Timothy M. Palmbach**

**<u>2003- 2023:</u>**

1) State of North Carolina v. Michael Iver Peterson
   01-CRS-24821
   2003

2) Love (Russ) v. City of Chicago, et al. – C4098 and
   Lewis v. City of Chicago, et al. – 99L6348
   2003

3) United States of America v. Kevin Burden, et al.
   U.S. District Court of Connecticut
   3:00CR263(JC4)
   2003

4) Dashner v. City of Bethlehem, et al.
   No. 99-CV-2124
   2003

5) Letty Marie Scott and Nathan William Scott v.
   Attorney General for the Northern Territory of Australia
   Video Deposition to Supreme Court of the Northern Territory at Darwin
   2004

6) Commonwealth of Kentucky v. Lucas Goodrum
   CR 45, RCr. 7.02
   2005

7) Megargee/Taylor v. County of Tulare et al
   U.S. District Court eastern District
   No. 1:06-CV-00684-LJO-GSA
   Deposition May 29, 2008
   Testimony October 16, 2008

8) Alan Hirschfield v. San Diego Unified Port District, et al
   U.S.D.C. Case # 08-CV 2103 BTM (NLS)
   Deposition April 2010

9) William A. Snyder v. State of Alabama
   Circuit Court of Talladega Alabama
   CC96-132 – Motion for new trial
   Testimony: June 30, 2010

As of August 23, 2023

10) State of North Carolina v. Michael Segal
Superior Court Lincoln County, North Carolina
Testimony: August 17, 2010

11) Guizan v. Solomon, et al.
CT -Civil Action No. 3:09-cv-1436 (JBA)
Deposition: Oct. 18, 2011

12) State of New Jersey v. Chad Walder
Superior Court of NJ – Bergen County
Indictment No. S-1482-08
Deposition: March 29, 2011
Trial Testimony: Nov. 10, 2011

13) State of North Carolina v. Michael Iver Peterson
File No. 01-CRS-24821
Superior Court, Durham, NC
Motion for new trial
Testimony: Dec. 07, 2011

14) Disla v. City of New York
Superior Court, Bronx County, NY
Index No. 22450-6
Testimony: May 16, 2012

15) Matter of New Jersey v. Eric Kelley and Ralph Lee
Superior Court of NJ – Patterson
Trial Testimony: November 1, 2016

16) State of North Carolina v. Michael Iver Peterson
Superior Court, Durham, NC
Motion to Suppress
Hearing Testimony: Nov. 14, 2016

17) Williams J. Richards v. County of San Bernardino, et al
Case No. 5:17-cv-00497-SJO-SP
Deposition taken in New Haven, CT on July 12, 2019

18) State of South Carolina v. Richard Alexander Murdaugh
Indictment No. 2022GS1500592-00595
Trial Testimony: March 27, 2023

As of August 23, 2023

19) Commonwealth of Pennsylvania v. Chappell, Grasty, Johnson
CP-23-CR-3607(3608)(3609)- 1999
Hearing Testimony: August 22, 2023

As of August 23, 2023