**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

DANNY WILBER )
 )
                        Plaintiff, ) Case No. 23-cv-951
 )
        v. ) Hon. J.P. Stadtmueller
 )
CITY OF MILWAUKEE, et al, )
 )
                        Defendants. )

# EXHIBIT B

**Autopsy Visualization**
**(Video – Filed separately with the Clerk of the Court)**