**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | | |
|---|---|---|---|
| DANNY WILBER | | ) | |
| | | ) | |
| | Plaintiff, | ) | Case No. 23-cv-951 |
| | | ) | |
| v. | | ) | Hon. J.P. Stadtmueller |
| | | ) | |
| CITY OF MILWAUKEE, et al, | | ) | |
| | | ) | |
| | Defendants. | ) | |

# EXHIBIT C

**Shooting Scene Reconstruction**
**(Video – Filed separately with the Clerk of the Court)**