IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| DANNY WILBER | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-951 |
| | ) | |
| v. | ) | Hon. J.P. Stadtmueller |
| | ) | |
| CITY OF MILWAUKEE, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO PARTIALLY BAR PLAINTIFF'S PATHOLOGIST EXPERT LINDSEY THOMAS

For the reasons discussed in Defendants' accompanying memorandum, pursuant to Fed. R. of Evid. 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) and their progeny, Defendants move for an order barring Plaintiff's pathologist expert Lindsey Thomas from offering at trial testimony regarding her opinions 6, 7 and 8 as disclosed in Thomas's report.

Date: January 17, 2025

Respectfully submitted,
/s/ *Brian Wilson (Atty. No. 6294099)*
One of the attorneys for Defendants

Kathryn Doi
Brian Wilson
Warren Fasone
Rob Crawford
**NATHAN & KAMIONSKI LLP**
206 S. Jefferson St.
Chicago, IL 60661
bwilson@nklawllp.com

*Counsel for all Defendants*