UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANNY WILBER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-cv-951 |
| CITY OF MILWAUKEE, et al., | ) ) Hon. Judge J.P. Stadtmueller |
| Defendants. | ) ) |

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Pursuant to 28 U.S.C. § 2241(c)(5), Plaintiff Danny Wilber, by his attorneys, respectfully requests an order for issuance of a writ of habeas corpus ad testificandum. In support of this request, Plaintiff states:

Jeranek Diaz, who is imprisoned in Oshkosh Correctional Institution, 1730 W. Snell Rd., Oshkosh, WI 54901, is a material witness for Plaintiff in the above case that is set for trial on February 3, 2025.

WHEREFORE, petitioner prays that the clerk of this Court be instructed to issue a writ of habeas corpus ad testificandum to the warden of the prison to bring **Jeranek Diaz (DOC No. 00506678)** before this Court to testify in this case and to be returned to the warden of the prison as soon as this case is disposed of.

Dated: January 20, 2025

Respectfully submitted,

/s/ Ben H. Elson
Ben H. Elson, G. Flint Taylor,
Nora Snyder, Brad Thomson
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773) 235-0070

Attorneys for Plaintiff